FILED & ENTERED

SEP 01 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gooch    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>JEAN BARANOWSKI,<br><br>        Debtor. | Case No.: 6:23-bk-13624-WJ<br><br>CHAPTER 13<br><br>**ORDER DENYING MOTIONS** |

On August 14, 2023, the debtor filed this incomplete chapter 13 bankruptcy case. After the clerk of the Court dismissed this case, the debtor then filed the following series of motions and pleadings in this case (collectively, the "Motions"):

1.    Motion to vacate the dismissal filed on August 24th as docket #23.

2.    Amended motion to vacate the dismissal filed on August 24th as docket #22.

3.    Amended motion to vacate the dismissal filed on August 25th as docket #25.

4.    Notice of motion filed on August 25th as docket #26.

Earlier today, the Court issued a memorandum of decision addressing the Motions and the Court hereby ORDERS:

1. For the reasons set forth in the memorandum of decision, all of the Motions are denied.

IT IS SO ORDERED.

###

Date: September 1, 2023

Wayne Johnson
United States Bankruptcy Judge